# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | : HON. DENNIS M. CAVANAUGH |
| | : UNITED STATES DISTRICT JUDGE |
| v. | : |
| | : |
| PAUL BERGRIN | : Criminal No. 09-369 (DMC) |
| | : |
| _____: | **ORDER** |

This matter comes before the Court on the Government's letter requesting an extension of time to file a response to Defendant's submission. The Court having considered Government's request, and with the consent of standby counsel for Defendant;

IT IS on this __23rd__ day of August, 2012;

**ORDERED** that the Government's request is **granted**; and it is further

**ORDERED** that the Government may respond to Point III of Defendant's Brief by August 31, 2012.

    S/ Dennis M. Cavanaugh
**DENNIS M. CAVANAUGH**
**United States District Judge**

Orig.: Clerk
cc: All Counsel of Record
    File