UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - X
                            :
UNITED STATES OF AMERICA   :   Hon. Dennis M. Cavanaugh
                            :
     v.                  :   Criminal No. 09-369 (DMC)
                            :
PAUL BERGRIN              :   18 U.S.C. § 3161
                            :
- - - - - - - - - - - - - - X

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (John Gay, Assistant U.S. Attorney, appearing), and defendant Paul Bergrin (Lawrence J. Lustberg, stand-by counsel), and good cause having been shown, the Court makes the following findings:

1. This case involves a delay resulting from defendant Paul Bergrin's (Lawrence J. Lustberg, stand-by counsel) September 12, 2012 request for an adjournment of the scheduled October 1, 2012 trial date. 18 U.S.C. § 3161(h)(1)(D); and

2. This case involves a delay resulting from a proceeding to determine the physical capacity of the defendant. 18 U.S.C. § 3161(h)(1)(A); and

3. The defendant requested additional time to prepare for trial; and

4. This proposed continuance is made upon joint application of the Defendant and the Government, and both parties have consented to the continuance; and

5. The ends of justice served by an adjournment of the trial date in this matter outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this __17__ day of September, 2012,

ORDERED that trial in the above-captioned matter shall commence on January 7, 2013; and it is further

ORDERED that the time from September 12, 2012 through January 7, 2013, shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (D).

HON. DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE