NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PAUL W. BERGRIN,<br><br>Defendant. | Crim. No. 09-369 (DMC)<br><br>ORDER |

**THIS MATTER** is before the Court by way of: (1) the Government's motion to rely on specific Rule 404(b) evidence to prove certain substantive counts in the Indictment; and (2) Defendant's motion to convene a hearing on alleged prosecutorial misconduct; and for the reasons stated on the record on September 12, 2012, which are incorporated herein at length; and for the reasons stated in the Opinion issued on this date; and for good cause shown;

IT IS on this 18 day of September 2012,

**ORDERED** that, the Government's motion to prove certain substantive murder counts with 404(b) evidence is **GRANTED IN PART AND DENIED IN PART**; and it is further

**ORDERED** that, Defendant's motion to convene a hearing on alleged prosecutorial misconduct is **DENIED**.

　　　　　　　　　　　　　　　　　　　　Dennis M. Cavanaugh, U.S.D.J.

Dated: September 18, 2012