UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES of AMERICA | : | O R D E R |
| | : | |
| v. | : | Case No. 2:9cr369-1(DMC) |
| PAUL BERGRIN | : | |

This matter having come before the Court on a motion by defendant Paul Bergrin, Pro Se with stand by counsel Lawrence Lustberg, Esq. appearing for defendant, to sever counts 12 & 13 of the Second Superseding Indictment filed June 6, 2011, and Steven Sanders, Esq., John Gay, Esq., and Joseph Minish, Esq., Assistant United States Attorneys appearing on behalf of the United States having filed opposition to defendants motion; and

The court having heard argument on the record of September 12, 2012; and

The court having placed its Opinion on the record of September 12, 2012; and

For good cause shown;

It is on this 27th day of September 2012 ORDERED that the motion to sever counts 12 & 13 of the second superseding Indictment are hereby DENIED.

*/s/ Dennis M. Cavanaugh*
DENNIS M. CAVANAUGH, U.S.D.J.