UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | Criminal No. 09-369 (DMC) |
|---|---|
| v. | |
| PAUL BERGRIN, | **ORDER** |
| Defendant. | |

**THIS MATTER** having come before the Court upon the *ex parte* application of Gibbons P.C. (Lawrence S. Lustberg, Esq., appearing), standby counsel for defendant Paul Bergrin, pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A and the CJA Plan for the United States District Court for the District of New Jersey, and defendant Bergrin having previously been determined to be indigent, and standby counsel having been appointed by the Honorable William J. Martini on September 16, 2011, *nunc pro tunc* to September 12, 2011; and

**WHEREFORE**, pursuant to the CJA, 18 U.S.C. § 3006A(e)(1), and the Court having entered an Order on March 20, 2012 approving L.F. Stephens, Inc. to provide investigative services to defendant Bergrin at the expense of the United States of America, effective September 12, 2011, and this Court having further determined that the services of at least two additional investigators and other investigative staff are essential to an adequate defense of defendant Bergrin, and

~~WHEREFORE, pursuant to the CJA, 18 U.S.C. § 3006A(e)(1) and this Court having further determined that the assistance of an expert on digital audio recordings is essential to an adequate defense of defendant Bergrin, and~~

**THE COURT** having considered the submissions of the defendant, and the arguments of counsel and for good cause shown,

IT IS on this 4 day of Oct, 2012,

**ORDERED** that appointed standby counsel for defendant Bergrin in this action in the United States District Court for the District of New Jersey hereby shall be compensated in accordance with the procedures and standards set forth in 18 U.S.C. § 3006A and the CJA Plan for the services of Lawrence S. Lustberg, Esq., Bruce A. Levy, Esq., Amanda B. Protess, Esq., and any other necessary employees of the law firm Gibbons P.C., One Gateway Center, Newark, New Jersey 07102-5310; and

**IT IS FURTHER ORDERED** that, in accordance with 18 U.S.C. § 3006A and the CJA Plan, Gibbons P.C. shall hereby receive an interim payment to compensate appointed standby counsel for the legal services provided and expenses reasonably incurred in providing services as standby counsel in the United States District Court in this case through August 31, 2012; and

**IT IS FURTHER ORDERED** that L.F. Stephens, Inc. be and he hereby is authorized to hire and utilize additional investigative staff, as necessary, to provide investigative services to defendant Bergrin.

~~IT IS FURTHER ORDERED that defendant Bergrin is hereby authorized to retain the services of an expert to conduct a forensic examination of the digital audio recordings at issue in this case and to testify with respect to those recordings at trial on behalf of defendant Bergrin.~~

_____
Honorable Dennis M. Cavanaugh, U.S.D.J.