UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :
                                            CRIMINAL 2:09cr369-1
        v.                      :
                                            ORDER
PAUL W. BERGRIN                 :


   This matter having come before the court on the oral application of defendant Paul W. Bergrin to continue the trial due to illness, and

   The court having conducted a conference with standby counsel Bruce Levy and Amanda Protess, for defendant, John Gay, Joseph Minish and Steven Sanders Assistant U.S. Attorneys for Government, Jessica Tyminski, DUSM & Marshal Juan Matos for the US Marshal Service, and Nicole McFarland, Esq and Dr. Beaudouin from MDC Brooklyn on the record 11 January 2013 to discuss the current health of the defendant, and

   For good cause shown,

   It is on this 11th day of January, 2013,

   O R D E R E D  that the trial is this matter is continued until Tuesday January 22, 2013 due to the illness of defendant Paul W. Bergrin.


                                    S/DENNIS M. CAVANAUGH
                                      DENNIS M. CAVANAUGH
                                    United States District Judge


cc:     United States Attorney