NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Dennis M. Cavanaugh |
| v. | **ORDER** |
| PAUL W. BERGRIN, | Criminal Action No. 09-cr-369 (DMC) |
| Defendant. | |

DENNIS M. CAVANAUGH, U.S.D.J.

This matter comes before the Court upon the application of Defendant Paul W. Bergrin to have access to prescription medication as needed during his pending criminal trial;

IT IS on this 10th day of January, 2013;

**ORDERED** that prescription medication is permitted to be brought from the Metropolitan Detention Center in Brooklyn, New York, to the United States Courthouse, located at 50 Walnut Street, Newark, New Jersey, to be administered to Defendant Paul W. Bergrin by the U.S. Marshals Service ("USMS") in accordance with USMS Policy.

　　　　　　　　　　　　　　　　　　　　Dennis M. Cavanaugh, U.S.D.J.