```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

```
UNITED STATES OF AMERICA        :
                                              CRIMINAL 2:09cr369-1
         v.                     :
                                              ORDER
PAUL W. BERGRIN                 :
```

    This matter having come before the court on the oral application of defendant Paul W. Bergrin to review video/audio tapes on January 23, 2013, and any and all days needed and receive a highlighter at the MDC Brooklyn, and

    The court having heard arguments by defendant, with standby counsel Larry Lustberg, Bruce Levy and Amanda Protess, for defendant, John Gay, Joseph Minish and Steven Sanders Assistant U.S. Attorneys for Government, and

    For good cause shown,

    It is on this  23rd  day of January,  2013,

    O R D E R E D  that the defendant be permitted to review video/audio tapes to adequately prepare for trial is this matter, on January 23, 2013 and any and all days needed to adequately prepare,  and

Further ORDERED that the defendant be permitted to have a highlighter to assist in his preparation during the length of this trial.

                                    S/DENNIS M. CAVANAUGH
                                       DENNIS M. CAVANAUGH
                                    United States District Judge

cc:    United States Attorney
       Stand by Counsel