```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA       :
                                          CRIMINAL 2:09cr369-1

        v.                     :
                                               ORDER
PAUL W. BERGRIN                :
```

This matter having come before the court on the oral application of defendant Paul W. Bergrin to be allowed to receive 5 suits, 5 shirts, ties, socks and shoes at one time so there is no delay, and

The court having conducted a conference with standby counsel Bruce Levy and Amanda Protess, for defendant, John Gay, Joseph Minish and Steven Sanders Assistant U.S. Attorneys for Government, and The deputy US Marshal, and

For good cause shown,

It is on this  29th  day of January,  2013,

O R D E R E D  that the defendant Paul W. Bergrin shall be permitted to receive 5 suits, 5 shirts, ties, socks and shoes into the MDC Brooklyn at one time.

                                      S/DENNIS M. CAVANAUGH
                                        DENNIS M. CAVANAUGH
                                  United States District Judge