UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|                              | :  |                          |
| ---------------------------- | -- | ------------------------ |
| UNITED STATES of AMERICA     | :  | O R D E R                |
|                              | :  |                          |
| v.                           | :  | Case No.  9cr369-2(DMC)  |
| YOLANDA JAUREGUI             | :  |                          |

This matter having come before the Court on a Report and Recommendation of Honorable Mark Falk, United States Magistrate Judge, to accept the guilty plea of the defendant to count 1S, 2S & 3S of the Superseding Indictment entered by the defendant on 17 April 2013; and

The court having reviewed same; and

For good cause shown;

It is on this 29th day of April 2013  ORDERED that the Report and Recommendation of Magistrate Judge Falk entered on April 17, 2013 is **adopted** and the defendant is to be found guilty as to count 1S, 2S, & 3S of the superseding Indictment.

s/DENNIS M. CAVANAUGH
DENNIS M. CAVANAUGH, U.S.D.J.